S. C. Van Horn, appellant, v. Harry Dorrell, appellee. Gen. No. 8,677.

Opinion filed January 16, 1933.
M. A. Brennan, for appellant. William R. Bach, for appellee.
Mr. Presiding Justice Eldredge delivered the opinion of the court.

Kate Albers and Carrie Menken, appellants, v. Tobias N. Rademaker et al., appellees. Gen. No. 8,692.

Opinion filed January 16, 1933.
Charles M. Peirce, for appellants. Peter Murphy, for appellees.
Mr. Presiding Justice Eldredge delivered the opinion of the court.

Minnie F. Robinson, appellant, v. Skiles, Rearick and Company, Bankers, Inc., appellee. Gen. No. 8,708.

Opinion filed January 16, 1933.
Hairgrove & Absher, for appellant. Charles A. Gridley, for appellee.
Mr. Presiding Justice Eldredge delivered the opinion of the court.

H. A. Shank, appellee, v. Alva F. Adams, appellant. Gen. No. 8,671.

Opinion filed January 16, 1933.
A. R. Hall and Graham & Dysert, for appellant. Charles Troup, for appellee.
Mr. Justice Niehaus delivered the opinion of the court.

William Haas, appellee, v. Thomas Thornber, appellant. Gen. No. 8,700.

Opinion filed January 16, 1933.
William H. Hartzell, Bert M. Cavanagh and Edward S. Martin, for appellant. Clyde P. Johnson, for appellee.
Mr. Justice Niehaus delivered the opinion of the court.